THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Estate of BERNICE KEKONA by its Personal Representative, Darlene Bloyed,<br><br>                Plaintiff,<br>   v.<br><br>ALASKA AIRLINES, INC., *et al.*,<br><br>                Defendants. | CASE NO. C18-0116-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a case scheduling order (Dkt. No. 30). The Court GRANTS the stipulated motion and sets the following case management deadlines, in addition to those previously established by the Court (*see* Dkt. No. 29) for the benefit of the parties:

| | |
|---|---|
| Expert disclosures/reports exchanged | October 8, 2018 |
| Rebuttal expert disclosures/reports | November 13, 2018 |
| Deadline for filing discovery motions | December 10, 2018 |

| | | |
|---|---|---|
| Deadline for Plaintiffs' Pretrial Statement | | March 27, 2019 |
| Deadline to file motions *in limine* | | April 4, 2019 |
| Deadline for Defendant's Pretrial Statement | | April 8, 2019 |
| Exchange proposed jury instructions and verdict form | | April 8, 2019 |
| Exchange of deposition designations | | April 12, 2019 |
| Issue and serve Trial Subpoenas | | April 12, 2019 |
| Deadline to respond to *motions in limine* | | April 15, 2019 |
| Conference regarding Agreed Pretrial Order | | April 16, 2019 |
| Exchange objections and cross-designations to deposition designations | | April 18, 2019 |
| Exchange objections to proposed jury instructions and verdict form | | April 19, 2019 |
| Exchange objections to deposition cross-designations | | April 24, 2019 |
| Deadline to file deposition designations (complete transcript with all designations highlighted and video designations must include a copy of the video) | | April 26, 2019 |

DATED this 9th day of May 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER C18-0116-JCC
PAGE - 2