THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Estate of BERNICE KEKONA by its Personal Representative, Darlene Bloyed,<br><br>                Plaintiff,<br>   v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>                Defendant. | CASE NO. C18-0116-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulated motion for extension of time for expert disclosures and reports. (Dkt. No. 34.) The Court GRANTS the stipulated motion, extending the expert disclosure and report deadline to November 8, 2018, and the rebuttal expert disclosure and report deadline to November 30, 2018.

      DATED this 4th day of September 2018.

                                                        William M. McCool
                                                        Clerk of Court

                                                        s/Tomas Hernandez
                                                        Deputy Clerk