THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Estate of BERNICE KEKONA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALASKA AIRLINES, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C18-0116-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for rebuttal expert disclosures and reports and to extend the discovery cutoff date (Dkt. No. 41). The motion is GRANTED. Rebuttal expert disclosures and reports are due no later than December 7, 2018. The discovery cutoff date is EXTENDED to January 21, 2019.

DATED this 29th day of November 2018.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C18-0116-JCC
PAGE - 1