THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Estate of BERNICE KEKONA by its Personal Representative, Darlene Bloyed,<br><br>Plaintiff,<br>v.<br><br>ALASKA AIRLINES, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0116-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to extend the time to respond to Defendants' motion for summary judgment (Dkt. No. 61). The motion is GRANTED. Plaintiff shall respond to Defendants' motion for summary judgment (Dkt. No. 56) by March 11, 2019. Defendants shall file their reply to Plaintiff's response by March 15, 2019. The Clerk is DIRECTED to re-note Defendants' motion for summary judgment (Dkt. No. 56) to March 15, 2019.

//

//

//

MINUTE ORDER
C18-0116-JCC
PAGE - 1

DATED this 12th day of February 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk