UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Estate of BERNICE KEKONA by its Personal Representative, Darlene Bloyed,<br><br>               Plaintiff,<br>   v.<br><br>ALASKA AIRLINES, INC., *et al.*,<br><br>               Defendants. | CASE NO. C18-0116-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court *sua sponte*. The Clerk is DIRECTED to renote Defendants' motion for summary judgment (Dkt. No. 56) and motion to exclude expert testimony (Dkt. No. 64) to April 5, 2019.

      DATED this 18th day of March 2019.

                                                 William M. McCool
                                                 Clerk of Court

                                                 s/Tomas Hernandez
                                                 Deputy Clerk