THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Estate of BERNICE KEKONA, by its Personal Representative, Darlene Bloyed,<br><br>                Plaintiff,<br>  v.<br><br>ALASKA AIRLINES, INC., *et al.*,<br><br>                Defendants. | CASE NO. C18-0116-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motion to stay pretrial deadlines (Dkt. No. 78). The motion is GRANTED. Pretrial deadlines will be set when a new trial date is set.

DATED this 25th day of March 2019.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Tomas Hernandez
                                                  Deputy Clerk